ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>                           Plaintiff,<br><br>vs.<br><br>SUNSET RIDGE LIMITED HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; TERRA WEST COLLECTIONS GROUP, LLC DBA ASSESSMENT MANAGEMENT SERVICES;<br><br>                           Defendants. | Case No.: 2:16-cv-00797-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO OPPOSE DEFENDANT SUNSET RIDGE LIMITED HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS [ECF NO. 8]**<br><br>**(Second Request)** |

Plaintiff Bank of America, N.A. (**plaintiff**) and defendant Sunset Ridge Limited Homeowners Association (**defendant**) hereby stipulate and agree as follows:

. . .

. . .

. . .

. . .

. . .

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    The parties hereby stipulate and agree plaintiff's time to respond to defendant's motion to

2 dismiss (ECF No. #8) shall be continued from May 27, 2016 until June 3, 2016.

3    This is the second request for an extension of this deadline. Plaintiff requests the additional

4 time to afford it the opportunity to adequately respond to defendant's motion to dismiss in a

5 coordinated manner, as the same or similar motion by these and similarly-situated parties have been

6 filed in other cases. The parties submit this request in good faith without the purpose of undue delay.

7    DATED this 25th day of May, 2016.

8

9 AKERMAN LLP                                  LIPSON NEILSON COLE SELTZER & GARIN, P.C.

10 /s/ Tenesa S. Scaturro, Esq.                /s/ Megan H. Hummel, Esq.
   ARIEL E. STERN, ESQ.                        KALEB D. ANDERSON, ESQ.
11 Nevada Bar No. 8276                         Nevada Bar No. 7582
   TENESA S. SCATURRO, ESQ.                    MEGAN H. HUMMEL, ESQ.
12 Nevada Bar No. 12488                        Nevada Bar No. 12404
   1160 Town Center Drive, Suite 330           9900 Covington Cross Drive, Suite 120
13 Las Vegas, NV 89144                         Las Vegas, NV 89144

14 Attorneys for Plaintiff Bank of America,    Attorneys for Defendant Sunset Ridge Limited
   N.A.                                        Homeowners Association
15

16

17                          **ORDER**

18     **IT IS SO ORDERED:**

19     _____

20     **UNITED STATES DISTRICT COURT JUDGE**

21

22     **DATED:**  May 25, 2016

23

24

25

26

27

28
   {38324292;1}                           2