DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SUNSET RIDGE LIMITED HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; TERRA WEST COLLECTIONS GROUP, LLC DBA ASSESSMENT MANAGEMENT SERVICES,<br><br>Defendants. | Case No. 2:16-cv-00797-GMN-NJK<br><br>**SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** |

SFR INVESTMENTS POOL 1, LLC ("SFR") hereby demands that plaintiff BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, ("BANA" or "Bank"), an out-of-state resident, post a cost bond pursuant to NRS 18.130(1).

In Nevada, if a plaintiff resides outside of Nevada or is a foreign corporation, like the Bank, "security for the costs and charges which may be awarded against such plaintiff may be required by defendant, by the filing and service on plaintiff of a written demand within the time limited for answering the complaint." NRS 18.130(1). When a defendant demands a cost bond, "all proceedings in the action shall be stayed" until plaintiff files "an undertaking, executed by two or

- 1 -

1  more persons, to the effect that they will pay such costs and charges as may be awarded against
2  the plaintiff by judgment, or in the progress of the action . . . or the plaintiff may deposit $500 with
3  the clerk of the court." *Id.* "After the lapse of 30 days from the service of notice that security is
4  required, or of an order for new or additional security, upon proof thereof, and that no undertaking
5  as required has been filed, the court or judge may order the action to be dismissed." NRS
6  18.130(4).
7      "It is the policy of the United States District Court for the District of Nevada to enforce
8  the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL
9  925027 (D. Nev.)(*citing Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide*
10  *v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986).)
11      Here, BANA, a subsidiary of Bank of America Corporation, a Delaware registered
12  corporation, is not a citizen of Nevada, but rather a national banking association with its
13  headquarters in North Carolina. Accordingly, SFR demands that the Bank post a $500 cost bond
14  within 30 days and that the proceedings be stayed until such cost bond is posted. Should the
15  Bank fail to comply with the requirements of NRS 18.130 within 30 days, SFR requests this
16  action be dismissed.
17  DATED May 2, 2016.

GRANTED. Plaintiff shall post a security bond by no later than June 28, 2016.  IT IS SO ORDERED.
Dated:  June 22, 2016

_____
United States Magistrate Judge

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
*Attorneys for SFR Investments Pool 1, LLC*