UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
| Plaintiff(s), | Case No. 2:16-cv-00797-GMN-NJK |
| v. | ORDER |
| SUNSET RIDGE LIMITED HOMEOWNERS ASSOCIATION, et al., | (Docket No. 53) |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline to file dispositive motions. Docket No. 53. The reason for the extension sought is that the parties violated the scheduling order by continuing to engage in discovery for a month after the expiration of the discovery cutoff. *Compare id.* at 2 *with* Docket No. 46. The stipulation does not explain what reason the parties had for needing additional time to conduct discovery, so the Court cannot even find the diligence required to extend the discovery cutoff. *See, e.g.*, Local Rule 26-4. Moreover and significantly, the experienced counsel in this case are no doubt aware that they are not permitted to extend the court-ordered discovery cutoff without Court approval. *See* Fed. R. Civ. P. 29(b) ("a stipulation extending the time for any form of discovery must have court approval if it would interfere with the time set for completing discovery"). Absent from the stipulation is any attempt to explain why the parties did not seek an order from the Court extending discovery, rather than simply continuing to engage in discovery in contravention of the Court's scheduling order.

As a one-time courtesy to counsel and the parties,[1] the Court will nonetheless **GRANT** the stipulation. The deadline to file dispositive motions is extended to April 18, 2018, and the deadline to file a joint proposed pretrial order is extended is extended to May 18, 2018, or 30 days after a decision is rendered on any dispositive motions. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

DATED: March 20, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court has given numerous "one-time courtesies" to the parties and counsel in the pending cases involving disputes as to the impact of HOA foreclosures. **It is time for the parties and counsel to strictly comply with the rules and orders, and they should not expect such courtesies to continue.**